COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Cause No 01-09-00328-CV, *Samson Lone Star, LP n/k/a Samson Lone Star, LLC v. Hooks et al.*

An appeal from the 60th District Court of Jefferson County, Texas, Trial Court Cause No. B173008-B, the Hon. Gary Sanderson, presiding.

On June 15, 2012, appellees moved for rehearing of this Court's May 31, 2012 opinion in this case. It is **ordered** that the response of the appellants is due **Wednesday, August 15, 2012.**

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                        Acting individually



Date: July 27, 2012